UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

MERCY HOSPTIAL, IOWA CITY,
IOWA, *et al.*,

     Debtors

_____

DAN R. CHILDERS, *in his sole*
*capacity as Liquidation Trustee*,
     Plaintiff
vs.

PARAMOUNT CREDENTIALING
VERIFICATION ORGANIZATION,
INC.,
     Defendant

Chapter  11

Bankruptcy No.  23-00623

Adversary No.  25-09113

**ORDER SETTING SHOW CAUSE HEARING**

Sixty (60) days have passed since the issuance of summons in this adversary proceeding, proofs of service have been filed, no defendant has filed an answer or responsive motion, and the plaintiff has not filed a request for entry of default or a motion for default judgment.

IT IS ORDERED, Plaintiff shall appear before the Court in a telephonic hearing on

**December 12, 2025 at 11:30 A.M.**

to show cause as to why the complaint should not be dismissed for want of prosecution. Plaintiff's counsel, or Plaintiff, if Pro Se, is to initiate the telephonic hearing. The telephone number for Chambers is 319−286−2230.

This hearing will be digitally recorded.

Ordered:
November 17, 2025

Thad J. Collins
Chief Bankruptcy Judge