IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623 |
| DAN R. CHILDERS, in his sole capacity as Liquidation Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMOUNT CREDENTIALING VERIFICATION ORGANIZATION, INC.,<br><br>Defendant. | Adversary Case No. 25-09113<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff and hereby dismisses this Complaint with prejudice, pursuant to F.R.B.P. 7041(a)(1)(A).

>                    */s/ Eric W. Lam*
> Eric W. Lam, AT0004416
> SIMMONS PERRINE PLC
> 115 Third Street SE, Suite 1200
> Cedar Rapids, IA 52401
> Ph. (319)366-7641
> Email: elam@sp.law
> ATTORNEY FOR PLAINTIFF

MHLT/Pldgs/Paramount Adv. 25-09113 - Drafts/Dismissal.112625.834a.ewl